IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

FRANKIE JEAN HOLTER                                                                PLAINTIFF

vs.                                      Civil No. 6:13-cv-06058

CAROLYN W. COLVIN                                                                  DEFENDANT
Commissioner, Social Security Administration

## MEMORANDUM OPINION

Before the Court is Defendant's Unopposed Motion to Remand. ECF No. 11. The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 6. Pursuant to this authority, this Court issues this Memorandum Opinion.

On November 7, 2013, Defendant filed the present Motion. ECF No. 11. With this Motion, Defendant seeks a remand pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further administrative proceedings. *Id.* Plaintiff has no objection to this Motion. *Id.* After considering this Motion, the Court **GRANTS** Defendant's Motion to Remand. ECF No. 11. A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

ENTERED this 13th day of November 2013.

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE